IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FLORES,<br>Plaintiff,<br><br>v.<br><br>JENNIFER SANDERS, ET AL.,<br>Defendants. | § § § § § § § § § | CIVIL ACTION NO. 6:21cv145 |

## PLAINTIFF'S EXHIBITS TO BE JUDICIALLY NOTICED

EXHIBIT 2 - Excerpt from TDCJ Offender Grievance Operations Manual (rev. 01/12)

EXHIBIT 10 - Excerpt from TDCJ Restrictive Housing Plan (August 2019)

EXHIBIT 15 - Excerpt from TDCJ Restrictive Housing Plan (August 2019)

EXHIBIT 17 - Excerpt from TDCJ Administrative Directive 04.63 (rev. 5)

EXHIBIT 18 - Excerpt from TDCJ Administrative Directive 04.63 (rev. 5)

EXHIBIT 37 - Excerpt from TDCJ Offender Grievance Operations Manual (rev. 01/12)

EXHIBIT 42 - Excerpt from TDCJ Offender Grievance Operations Manual (rev. 01/12)

EXHIBIT 43 - Excerpt from TDCJ Offender Grievance Operations Manual (rev. 01/12)

EXHIBIT 45 - Excerpt from TDCJ Offender Grievance Operations Manual (rev. 01/12)

EXHIBIT 54 - Excerpt from TDCJ Offender Grievance Operations Manual (rev. 01/12)

EXHIBIT 67 - Excerpt from TDCJ Offender Grievance Operations Manual (rev. 01/12)

EXHIBIT 70 - Excerpt from TDCJ Offender Grievance Operations Manual (rev. 01/12)