IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| CHRISTOPHER FLORES,<br>Plaintiff,<br><br>v.<br><br>JENNIFER SANDERS, ET AL.,<br>Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. 6:21cv145<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S APPENDIX

EXHIBIT 1 - OGOM Excerpt

EXHIBIT 2 - OGOM Excerpt

EXHIBIT 3 - AD-03.82 Excerpt

EXHIBIT 4 - Step 1 # 2021013960

EXHIBIT 5 - Step 2 # 2021013960

EXHIBIT 6 - Notice of Extension

EXHIBIT 7 - Step 2 # 2021013960

EXHIBIT 8 - Step 1 # 2021085786

EXHIBIT 9 - Step 2 # 2021085786

EXHIBIT 10 - Restrictive Housing Plan Excerpt

EXHIBIT 11 - PROP-05

EXHIBIT 12 - PROP-05

EXHIBIT 13 - PROP-07

EXHIBIT 14 - Unsworn Declaration

EXHIBIT 15 - Restrictive Housing Plan Excerpt

EXHIBIT 16 - UCR-02

EXHIBIT 17 - AD-04.63 Excerpt

EXHIBIT 18 - AD-04.63 Excerpt

EXHIBIT 19 - Grievance Investigation Worksheet

EXHIBIT 20 - UCR-02

EXHIBIT 21 - UCR-02

EXHIBIT 22 - Unsworn Declaration

EXHIBIT 23 - Step 1 # 2021016973

EXHIBIT 24 - Carbon Copy of Original Step 1 Grievance Sent October 20, 2020

EXHIBIT 25 - Step 1 # 2021025448

EXHIBIT 26 - Step 1 # 2021026113

EXHIBIT 27 - Carbon Copy of Original Step 1 Grievance Sent November 2, 2020

EXHIBIT 28 - Step 1 # 2021029386 / 2021043963

EXHIBIT 29 - Step 1 # 2021034425

EXHIBIT 30 - Step 1 # 2021036950

EXHIBIT 31 - Step 1 # 2021031435

EXHIBIT 32 - Step 2 # 2021031435

EXHIBIT 33 - Unsworn Declaration

EXHIBIT 34 - Step 1 # 2021009997

EXHIBIT 35 - Unsworn Declaration

EXHIBIT 36 - Unsworn Declaration

EXHIBIT 37 - OGOM Excerpt

EXHIBIT 38 - Unsworn Declaration

EXHIBIT 39 - I-60

EXHIBIT 40 - AD-03.82 Excerpt

EXHIBIT 41 - AD-03.72 Excerpt

EXHIBIT 42 - OGOM Excerpt

EXHIBIT 43 - OGOM Excerpt

EXHIBIT 44 - I-60

EXHIBIT 45 - OGOM Excerpt

EXHIBIT 46 - I-60

EXHIBIT 47 - Unsworn Declaration

EXHIBIT 48 - Grievance Investigation Worksheet

EXHIBIT 49 - Unsworn Declaration

EXHIBIT 50 - Calendar Diagram

EXHIBIT 51 - UCR-02

EXHIBIT 52 - Unsworn Declaration

EXHIBIT 53 - Unsworn Declaration

EXHIBIT 54 - OGOM Excerpt

EXHIBIT 55 - List of Grievance Responses

EXHIBIT 56 - Grievance Responses

EXHIBIT 57 - Grievance Response

EXHIBIT 58 - Grievance Response

EXHIBIT 59 - AD-03.82 Excerpt

EXHIBIT 60 - OGOM Excerpt

EXHIBIT 61 - Step 1/2 # 2021136945

EXHIBIT 62 - Step 1/2 # 2021094175

EXHIBIT 63 - Step 1/2 # 2021097994

EXHIBIT 64 - Step 1/2 # 2021113232

EXHIBIT 65 - Step 1 # 2021114766

EXHIBIT 66 - AD-03.82 Excerpt

EXHIBIT 67 - OGOM Excerpt

EXHIBIT 68 - Step 1/2 # 2022031946

EXHIBIT 69 - Visitation List

EXHIBIT 70 - OGOM Excerpt

EXHIBIT 71 - PROP-05

EXHIBIT 72 - Unsworn Declaration

EXHIBIT 73 - Carbon Copy of Original I-60 Sent November 3, 2020

EXHIBIT 74 - Carbon Copy of Original I-60 Sent October 23, 2020

EXHIBIT 75 - Carbon Copy of Original I-60 Sent November 6, 2020

EXHIBIT 76 - Carbon Copy of Original I-60 Sent November 10, 2020

EXHIBIT 77 - Carbon Copy of Original I-60 Sent October 19, 2020

EXHIBIT 78 - Carbon Copy of Original I-60 Sent October 30, 2020

EXHIBIT 79 - Carbon Copy of Original I-60 Sent November 3, 2020

EXHIBIT 80 - Carbon Copy of Original I-60 Sent November 16, 2020

EXHIBIT 81 - E-Mails From ARRM Division to Margaret Price

EXHIBIT 82 - Unsworn Declaration

EXHIBIT 83 - I-158 & Carbon Copy of Letter Sent October 18, 2020

EXHIBIT 84 - I-158 & Carbon Copy of Letter Sent November 2, 2020

EXHIBIT 85 - I-158 & Carbon Copy of Letter Sent November 2, 2020

EXHIBIT 86 - I-158 & Carbon Copy of Letter Sent December 14, 2020

EXHIBIT 87 - I-158, Outgoing Legal, Special and Media Mail Logs

EXHIBIT 88 - IOC From ARRM Division Dated November 12, 2020

EXHIBIT 89 - IOC From ARRM Division Dated November 12, 2020

EXHIBIT 90 - IOC From ARRM Division Dated November 16, 2020

EXHIBIT 91 - IOC From ARRM Division Dated December 22, 2020

EXHIBIT 92 - IOC From ARRM Division Dated December 22, 2020

EXHIBIT 93 - IOC From ARRM Division Dated December 28, 2020

EXHIBIT 94 - IOC From ARRM Division Dated December 28, 2020

EXHIBIT 95 - IOC From ARRM Division Dated December 28, 2020

EXHIBIT 96 - IOC From ARRM Division Dated February 2, 2021

EXHIBIT 97 - IOC From ARRM Division Dated February 22, 2021

EXHIBIT 98 - IOC From ARRM Division Dated May 23, 2022

EXHIBIT 99 - AD-03.82 Excerpt

EXHIBIT 100 - AD-03.82 Excerpt

EXHIBIT 101 - AD-03.82 Excerpt

EXHIBIT 102 - Unsworn Declaration

EXHIBIT 103 - Unsworn Declaration

EXHIBIT 104 - Unsworn Declaration