# EX.17

I. Housing Assignment

    A. Offenders reclassified to a new custody designation shall be assigned to housing areas designated for the new custody. If this housing assignment cannot be made because a bed in the offender's new custody designation or the custody is not available on the unit, the offender shall be assigned to housing which can best provide for the safety and security of the offender, other offenders, staff, and the unit. The offender may be retained in the offender's current housing location, moved to another housing area out of the assigned custody designation, or assigned to transient housing. However, assignment to transient housing shall be made only if the offender's safety or security requirements cannot otherwise be met. The decision to mishouse an offender shall be made and justified by the Unit Classification Committee (UCC).

    B. Appropriate housing assignments shall be made in accordance with the TDCJ *Classification Plan*.

    C. Offenders assigned to two person cells in transient housing may be double-celled only with offenders of the same custody designation. These offenders shall retain the UCC assigned custody designations while in transient housing. Offenders under the age of 18 must be housed with other offenders under the age of 18 or single-celled. Offenders shall be double-celled to the maximum extent possible, consistent with the offenders' safety and security requirements.

    D. If there is bed space in the appropriate custody designation and designated housing on the unit but the offender cannot be appropriately housed due to pending classification reviews, the offender may be assigned to transient housing.

        1. Offenders who have requested protection or need to be reviewed for reassignment shall be reviewed in accordance with the TDCJ *Administrative Segregation Plan* and the TDCJ *Safe Prisons/PREA Compliance Plan*. These offenders may be assigned to transient housing pending completion of the investigation.

        2. Offenders whose custody designation or status is pending review may be assigned to transient housing. For example, a Safekeeping Level 5 (P5) offender may be recommended for removal from safekeeping status by the UCC. While awaiting State Classification Committee (SCC) final review, the offender may be assigned to transient housing.

        3. If the UCC reclassifies or recommends a unit transfer for an offender identified in the preceding subsections, the offender may remain in transient housing if bed space is not available in the appropriate custody designation or until the offender is transferred (see Section II).