# EX.18

shall not be dropped from the program unless the offender's absences exceed three days. Offenders living in transient housing awaiting unit transfers shall be dropped from any currently assigned educational programs.

C. Offender Movement

Offenders in transient housing shall be escorted individually or together as a group to meals, showers, or any other permitted activities. The number of escort staff required shall be determined by the unit based on:

1. The number of transient offenders in the group;

2. The security characteristics of the remaining offender population housed on the cellblock;

3. The physical layout of the transient housing area; and

4. The custody designations and security characteristics of offenders assigned to transient housing.

D. Property

Transient offenders shall be allowed to retain personal property in accordance with the assigned custody designation as outlined in AD-03.72, "Offender Property."

IV. Monitoring

A. Unit classification staff shall monitor offenders whose custody designation is not available on the unit, or those who cannot be correctly housed due to a lack of bed space on the unit in the assigned custody designation, to ensure the unit level requirements for transfer requests are followed.

B. A Classification and Records Office staff member shall monitor offenders mishoused or in transient status for more than 30 days to ensure the issue is addressed and remedied as soon as possible.

C. An Infopac report shall be available weekly to unit classification staff to assist in monitoring these offenders. This report shall list:

1. Offenders who have been mishoused for 30 days or less; and

2. Offenders who have been mishoused for more than 30 days.

V. Physical Conditions